**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,　　　　:　No. 60 WM 2021
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Respondent　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　v.　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
KEITH VERNON DAVIS,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Petitioner　　　　　　　:


## ORDER


**PER CURIAM**

    **AND NOW**, this 29th day of December, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.